UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ANTHONY LEROY CAGE, JR,

        Petitioner,          Case No. 1:08cv676

v.          Hon. Robert J. Jonker

BLAINE C. LAFLET,

        Respondent.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on December 3, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 3, 2008, is approved and adopted as the opinion of the court.

**IT IS ORDERED** that the amended habeas corpus petition is **DISMISSED** pursuant to Rule 4, because Petitioner fails to raise a meritorious federal claim.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473 (2000).


                                                 /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                         UNITED STATES DISTRICT JUDGE

DATED: January 14, 2009.